**MINUTES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


  UNITED STATES OF AMERICA     v.    BILL ALLEN

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:07-cr-00057-JWS

Deputy Clerk

Robin M. Carter


APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court has received a letter dated October 21, 2009, from Ray
Metcalfe who describes himself as a former legislator.  Mr.
Metcalfe asks to speak at the sentencing hearing scheduled for
October 28, 2009, in this case.  He makes the request on the
basis that there are 650,000 victims (which the court interprets
to be a reference to all the residents of Alaska) for whom he
apparently believes he should be the spokesman.  In the letter
Mr. Metcalfe accuses entities and persons who are not parties to
this litigation of crimes.  For this reason, the copy of the
letter is being filed under seal separately.  The parties are
directed to file a memorandum explaining why the court should or
should not treat Mr. Metcalfe as a victim or victim's
representative who has a right to speak at the sentencing hearing
in this case.  The parties may file separate memoranda or join in
a single joint memorandum.  The joint memorandum or separate
memoranda shall be filed not later than Noon Alaska time on
October 27, 2009, and may not be filed under seal.



                                   ENTERED AT JUDGE'S DIRECTION
DATE:  October 22, 2009              INITIALS:  rmc
                                        Deputy Clerk


[FORMS*IA*]