MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *BILL J. ALLEN*

THE HONORABLE JOHN W. SEDWICK  CASE NO. 3:07-cr-00057 (JWS)

PROCEEDINGS:  **ORDER FROM CHAMBERS**  Date: October 23, 2009

---

Defendant's unopposed motion to shorten time at docket 62 is **GRANTED**. The motion at docket 63 seeks leave to file a DVD and have it introduced in evidence at the sentencing hearing. A copy of the DVD was supplied to the court for use in considering the motion at docket 63. The motion is not opposed by the government.

The court has reviewed the video on the DVD. It runs 18 minutes and 31 seconds according to the video's own chronometer. In the video the following people appear in the order listed and offer comments about defendant Allen: Addie Chancellor, Allen's sister; Anne Lambert, Allen's niece; Wendi Litton, Allen's friend who is a law student and daughter of Allen's former girlfriend; George Nelson, Allen's friend and former president of BP Exploration; Thomas Casey, Allen's friend and former VECO employee; Rita Ivanova, Allen's friend and former VECO employee; and John Shively, Allen's friend, businessman, and former Alaska Commissioner of Natural Resources.

Each of the people who appears on the video has written a letter to the court offering essentially the same information as that found on the video. The letters they have written are found among the many letters filed as an exhibit with the Notice at docket 59.

The DVD is cumulative of the letters. It would not be an appropriate use of time to increase the length of the sentencing hearing in order to play the video. Therefore, the motion at docket 63 is **DENIED**.

---